| | | |
|---|---|---|
| RETURN DATE: **January 18, 2022** | : | SUPERIOR COURT |
| AALIYAH GREEN | : | J.D. OF NEW HAVEN |
| V. | : | AT MERIDEN |
| PILOT TRAVEL CENTERS, LLC, ET AL. | : | DECEMBER 6, 2021 |

## COMPLAINT

**FIRST COUNT:** (Aaliyah Green v. Pilot Travel Centers, LLC)

1. At all times mentioned herein, the defendant, Pilot Travel Centers, LLC, was and is Delaware limited liability company located at 1209 Orange Street in Wilmington, Delaware.

2. At all times mentioned herein, the defendant, Pilot Travel Centers, LLC, owned the premises located at 433 Old Gate Lane in Milford, Connecticut including the parking lot thereon.

3. At all times mentioned herein, the defendant, Pilot Travel Centers, LLC, its agents, servants and/or employees possessed and controlled the property located at 433 Old Gate in Milford, Connecticut, including the parking lot thereon.

4. At all times mentioned herein, the defendant, Pilot Travel Centers, LLC, its agents, servants and/or employees had a duty to inspect and maintain the premises located at 433 Old Gate Lane in Milford, Connecticut, including the parking lot thereon.

5. On June 25, 2020, the plaintiff, Aaliyah Green, was lawfully on the premises when she was caused to fall due to a pothole in the parking lot, thereby causing her to suffer the injuries and losses set forth below.

6. The fall was caused by the negligence of the defendant, Pilot Travel Centers, LLC, its agents, servants and/or employees, in one or more of the following ways:

  a) they failed to properly maintain the parking lot;

  b) they failed to properly inspect the parking lot;

  c) they knew or should have known of the pothole in the parking lot, yet took no steps to fix the condition;

  d) they allowed the pothole in the parking lot to exist for an unreasonable period of time;

  e) they failed to adequately train their agents to inspect and maintain the parking lot;

- f) they failed to warn the plaintiff of the pothole in the parking lot;

- g) they failed to enact and/or follow adequate procedures to ensure the parking lot was properly inspected and maintained;

- h) they knew or should have known that people such as the plaintiff would be using the parking lot area, yet failed to inspect, maintain and repair the parking lot; and/or

- i) they failed to erect signs, barriers or otherwise isolate the defective condition on the parking lot.

7. As a result of the fall, the plaintiff, Aaliyah Green, suffered the following injuries, some or all of which may be permanent in nature:

- a) left high ankle ligament sprain;
- b) left ankle ligament tears;
- c) left ankle, leg, and foot pain;
- d) fear of future ankle surgery; and
- e) pain and suffering, both mental and physical.

3

8. As a further result of the fall, the plaintiff, Aaliyah Green, incurred expenses for medical care and treatment and will likely incur additional expenses for medical care and treatment in the future.

9. As a further result of the fall, the plaintiff, Aaliyah Green, was unable and remains unable to participate in her usual activities.

10. As a further result of the fall, the plaintiff, Aaliyah Green, lost time and wages from her employment.

**SECOND COUNT: (Aaliyah Green v. Pilot Corporation)**

1. At all times mentioned herein, the defendant, Pilot Corporation, was and is a Tennessee corporation located at 5508 Lonas Road in Knoxville, Tennessee.

2. At all times mentioned herein, the defendant, Pilot Corporation, owned the premises located at 433 Old Gate Lane in Milford, Connecticut including the parking lot thereon.

3. At all times mentioned herein, the defendant, Pilot Corporation, its agents, servants and/or employees possessed and controlled the property located at 433 Old Gate in Milford, Connecticut, including the parking lot thereon.

4

4. At all times mentioned herein, the defendant, Pilot Corporation, its agents, servants and/or employees had a duty to inspect and maintain the premises located at 433 Old Gate Lane in Milford, Connecticut, including the parking lot thereon.

5. On June 25, 2020, the plaintiff, Aaliyah Green, was lawfully on the premises when she was caused to fall due to a pothole in the parking lot, thereby causing her to suffer the injuries and losses set forth below.

6. The fall was caused by the negligence of the defendant, Pilot Corporation, its agents, servants and/or employees, in one or more of the following ways:

    a) they failed to properly maintain the parking lot;

    b) they failed to properly inspect the parking lot;

    c) they knew or should have known of the pothole in the parking lot, yet took no steps to fix the condition;

    d) they allowed the pothole in the parking lot to exist for an unreasonable period of time;

    e) they failed to adequately train their agents to inspect and maintain the parking lot;

    f)    they failed to warn the plaintiff of the pothole in the parking lot;

    g)    they failed to enact and/or follow adequate procedures to ensure the parking lot was properly inspected and maintained;

    h)    they knew or should have known that people such as the plaintiff would be using the parking lot area, yet failed to inspect, maintain and repair the parking lot; and/or

    i)    they failed to erect signs, barriers or otherwise isolate the defective condition in the parking lot.

7. As a result of the fall, the plaintiff, Aaliyah Green, suffered the following injuries, some or all of which may be permanent in nature:

    a)    left high ankle ligament sprain;

    b)    left ankle ligament tears;

    c)    left ankle, leg, and foot pain;

    d)    fear of future ankle surgery; and

    e)    pain and suffering, both mental and physical.

8.   As a further result of the fall, the plaintiff, Aaliyah Green, incurred expenses for medical care and treatment and will likely incur additional expenses for medical care and treatment in the future.

9.   As a further result of the fall, the plaintiff, Aaliyah Green, was unable and remains unable to participate in her usual activities.

10.   As a further result of the fall, the plaintiff, Aaliyah Green, lost time and wages from her employment.

**THIRD COUNT**: **(Aaliyah Green v. Yolanda Hicks)**

1.   At all times mentioned herein, the defendant, Yolanda Hicks, was the manager of the Pilot Travel Center located at 433 Old Gate Lane in Milford, Connecticut.

2.   At all times mentioned herein, the defendant, Yolanda Hicks, possessed and controlled the premises located at 433 Old Gate in Milford, Connecticut, including the parking lot thereon.

3.   At all times mentioned herein, the defendant, Yolanda Hicks, her agents, servants and/or employees had a duty to inspect and maintain the

premises located at 433 Old Gate Lane in Milford, Connecticut, including the parking lot thereon.

4. On June 25, 2020, the plaintiff, Aaliyah Green, was lawfully on the premises when she was caused to fall due to a pothole in the parking lot, thereby causing her to suffer the injuries and losses set forth below.

5. The fall was caused by the negligence of the defendant, Yolanda Hicks, her agents, servants and/or employees, in one or more of the following ways:

    a) they failed to properly maintain the parking lot;

    b) they failed to properly inspect the parking lot;

    c) they knew or should have known of the pothole in the parking lot, yet took no steps to fix the condition;

    d) they allowed the pothole in the parking lot to exist for an unreasonable period of time;

    e) they failed to adequately train their agents to inspect and maintain the parking lot;

    f) they failed to warn the plaintiff of the pothole in the parking lot;

    g)    they failed to enact and/or follow adequate procedures to ensure the parking lot was properly inspected and maintained;

    h)    they knew or should have known that people such as the plaintiff would be using the parking lot area, yet failed to inspect, maintain and repair the parking lot; and/or

    i)    they failed to erect signs, barriers or otherwise isolate the defective condition in the parking lot.

6.    As a result of the fall, the plaintiff, Aaliyah Green, suffered the following injuries, some or all of which may be permanent in nature:

    a)    left high ankle ligament sprain;

    b)    left ankle ligament tears;

    c)    left ankle, leg, and foot pain;

    d)    fear of future ankle surgery; and

    e)    pain and suffering, both mental and physical.

7.    As a further result of the fall, the plaintiff, Aaliyah Green, incurred expenses for medical care and treatment and will likely incur additional expenses for medical care and treatment in the future.

8.   As a further result of the fall, the plaintiff, Aaliyah Green, was unable and remains unable to participate in her usual activities.

9.   As a further result of the fall, the plaintiff, Aaliyah Green, lost time and wages from her employment.

WHEREFORE, the plaintiff claims:

1. Monetary damages.

THE PLAINTIFF,
AALIYAH GREEN

Brian M. Flood
The Flood Law Firm, LLC
190 Washington Street
Middletown, CT 06457
(860) 346-2695
Juris #433718

| | | |
|---|---|---|
| RETURN DATE: **January 18, 2022** | : | SUPERIOR COURT |
| AALIYAH GREEN | : | J.D. OF NEW HAVEN |
| V. | : | AT MERIDEN |
| PILOT TRAVEL CENTERS, LLC, ET AL. | : | DECEMBER 6, 2021 |

## STATEMENT OF AMOUNT IN DEMAND

The amount of money damages claimed is greater than Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

THE PLAINTIFF,
AALIYAH GREEN

Brian M. Flood
The Flood Law Firm, LLC
190 Washington Street
Middletown, CT 06457
(860) 346-2695
Juris #433718